IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-MJ-149-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
| STEFAN ZAVADSKY, | ) |  |
| Defendant, | ) |  |
| _____ | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Notice Of Dismissal" (Document No. 5) filed September 9, 2016. For the reasons stated therein and for good cause shown, it is **ORDERED** that the dismissal without prejudice of the Complaint against STEFAN ZAVADSKY is **GRANTED**.

      **SO ORDERED**.

Signed: January 24, 2017

David C. Keesler
United States Magistrate Judge